UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Stephen Talbert, | ) | C/A No.: 7:08-cv-03414-GRA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (Written Opinion) |
| Standard Fire Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court on a motion of the parties to remand. This action was removed from the Spartanburg County Court of Common Pleas on October 7, 2008 pursuant to 28 U.S.C. § 1441.  The defendant based removal on 18 U.S.C. § 1332, alleging diversity of citizenship and an amount in controversy in excess of $75,000.  Since removing the case the parties have stipulated that the amount in controversy in now below the $75,000 threshold, and requested this case be remanded to state court.

The plaintiff's complaint did not specifically enumerate an amount in controversy in excess of $75,000.  Accordingly, the subsequent stipulation between the parties served as a clarifying instrument. *See Workman v. Kawasaki Motors Corp., U.S.A.*, 749 F.Supp. 1010, 1011  (W.D.Mo.1990) (explaining that the stipulation created a "legal certainty" that the amount in controversy was below the jurisdictional threshold).  Accordingly, as this Court has no jurisdiction under 18 U.S.C. § 1332, this case is hereby REMANDED to the Spartanburg

County Court of Common Pleas. Subsequent scheduled hearings before this Court in this case are canceled.

IT IS SO ORDERED.

                                           G. ROSS ANDERSON, JR.
                                           UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

January 14, 2009